UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**BROWN KOON**

        Plaintiff,

        vs.

**PINNACLE CREDIT SERVICES, LLC, ET AL**

        Defendant.

Civil No.   17-13577(JHR/KMW)

**ORDER OF DISMISSAL**

-------------------------------------------------------

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this 3RD day of JULY, 2018**

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.

                                               s/ JOSEPH H. RODRIQUEZ
                                               UNITED STATES DISTRICT JUDGE